# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 354TH DISTRICT COURT OF RAINS COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 21st day of January, 2015, the cause upon appeal to revise or reverse your judgment between

**SUSAN JACKSON HOLDEN AND TERRY HOLDEN, Appellants**

**NO. 12-13-00165-CV; Trial Court No. 9,140**

Opinion by James T. Worthen, Chief Justice.

**CHARLES LYLE HOLDEN, AS INDEPENDENT EXECUTOR OF THE ESTATE OF ROSIE EUNICE HOLDEN, DECEASED, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment as entered by the trial court, and that the same should be affirmed in part and reversed and rendered in part.

It is ORDERED, ADJUDGED and DECREED by this court that the portion of the trial court's judgment awarding $25,587.73 in damages to **CHARLES LYLE HOLDEN, AS INDEPENDENT EXECUTOR OF THE ESTATE OF ROSIE EUNICE HOLDEN, DECEASED** is **reversed** and judgment **rendered** instead in the amount of $11,276.24; that in all other respects, the judgment of the trial court is **affirmed** in accordance with the opinion of the court; that all costs of this appeal are hereby assessed equally amongst the parties; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of April, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk